5-8-2008

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
_____

L-97-0283

TO: THE HONORABLE JUDGE LEGG,

   I am writing you praying, you will allow me the chance to
be heard against a grave inJustice. My name is Alani Arawole;
Judge Legg you Sentenced me to 12 years and 7 months back in 1997.
I am begging you to allow me the chance to tell you the truth
in this matter and to plead for my life.
I am the victim of a perfectly planned Set-up, and there was no
proof tying me to drugs or any wrong doing. I did not know the
informants or the D.E.A. agent that orchestrated this Conspiracy
to set me up, even though they were still successful in entrapping
me due my being neive and gullable .
Your Honor this incident has had a tragic effect on me and my
family. When I was found guilty of the charges, my younger Brother
heard of it and dropped dead of a heart-attack.
My Wife had her Husband taken away, and my eight Children lost
their Father.
I was badly beaten at my arrest and I suffered permenent inJuries
to my body. Since my incarceration my health has deterioated to
near death as of this writing, I have Chronic Diabetes, Renal
Disease, Enlarged prostrate, High Blood pressure, and Heart Disease,
and now my Liver is going out from the constant bombardment of
all these medications, I have to take.
I presently take 21 different medications twice a day on a daily
basis. I can only get around in a wheelchair with the help of
a Companion. I cannot function and take care of my daily needs
with assistance.

(1)

On November 1, 2007, the Sentencing Commission handed down a clarifying Amendment to the Sentencing Guidelines for what should be considered extraordinary and compelling reasons for the reduction of a Sentence at **1B1.13** and I am sending you the Criteria for Consideration as ( Exhibit-A ).

If you have to, Please construe this letter request as a **18 U.S.C. § 3582 (c)(2)** in that since <u>**Booker,**</u> District Courts are now endowed with the discretion to " obviate " Application note 2 of Section.... **1B1.10 (b)** of the guidelines. <u>**U.S. .V. Forty-Estremera**</u>, 498 F. Supp. 2d 468 ( D. Puerto Rico 2007).

Please Sir, I beg your help, my release date is July of 2008, but the way thing are going with me, i may not make it to July. I ask of you to be merciful and allow me to go Home and be with my Family and let me die at Home with Someone who Loves me. I Thank you for your kind Consideration in this urgent matter. My health concerns can be Confirmed by Records in possession of F.M.C. Devens, and at Umass Memorial Hospital.

Respectfully Submitted,

*Arawole*

ALANI O. ARAWOLE # 32837-037
FMC DEVENS, P.O. BOX 879
AYER,   MA.  01432-0879

[ EXHIBIT - B ]

UNDER TITLE U.S.S.G. § 1B1.13, 2007 AMENDMENT EFFECTIVE NOVEMBER 1, 2007.

It only took 20 years for the Sentencing Commission to implement the directive given to it by Congress to provide Criteria and examples in the guidelines for what should be considered Extraordinary and Compelling reasons for the reduction of Sentence. 28 U.S.C. § 994(t). The Commission has finally provided the following list of Criteria.

(1).   TERMINAL ILLNESS

(2).   PERMANENT PHYSICAL OR MEDICAL CONDITION.....THAT SUBSTANTIALLY DIMINISHES THE ABILITY OF THE DEFENDANT TO PROVIDE SELF-CARE WITHIN A CORRECTION FACILITY AND FOR WHICH CONVENTIONAL TREATMENT PROMISES NO SUBSTANTIAL IMPROVEMENT.

(3).   EXPERIENCING DETERIORATING PHYSICAL OR MENTAL HEALTH BECAUSE OF THE AGING PROCESS....THAT SUBSTANTIALLY DIMINISHES THE ABILITY OF THE DEFENDANT TO PROVIDE SELF-CARE WITHIN A CORRECTION FACILITY, AND FOR WHICH CONVENTIONAL TREATMENT PROMISES NO SUBSTANTIAL IMPROVEMEMT.

(4)    ONLY FAMILY MEMBER CAPABLE OF CARING FOR THE DEFENDANT"S MINOR CHILD OR CHILDREN HAS DIED OR BECOME INCAPACITATED.

(5).   ANY OTHER REASON OR COMBINATION OF REASONS AS DETERMINED BY THE BUREAU OF PRISONS.

(1)