**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

RECEIVED IN THE CHAMBERS OF
BENSON EVERETT LEGG
JUN 1 3 2008
UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

008 JUN 16 P 12: 43

CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

JAMES WYDA
FEDERAL PUBLIC DEFENDER

PARESH PATEL
STAFF ATTORNEY

June 13, 2008

**Via Hand Delivery**

**Crack Reduction - Status Report**

The Honorable Benson Everett Legg
United States District Judge
United States District Court for the
 District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    <u>United States v. Alani O. Arawole</u>, Case No. L-97-283

Dear Judge Legg:

    Please accept and docket this letter as a status report regarding Mr. Arawole's motion for a reduced sentence under Amendment 706 to the U.S. Sentencing Guidelines. The United States Probation Office has reviewed Mr. Arawole's case and determined that he is not eligible to seek a reduced sentence because his "offense did not involve crack cocaine." Undersigned counsel agrees with this assessment.

    Thank you for your consideration of this matter.

        Sincerely,

        Paresh S. Patel
        Staff Attorney

cc:    Barbara Sale, Assistant United States Attorney
        Estelle Santana, United States Probation Officer
        Alani O. Arawole, #32837-037